1  **WO**

6        **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sergio Cortez Benitez, | No. CV 12-0560-PHX-RCB (JFM) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF REMAINING BALANCE** |
| Joseph M. Arpaio, et al., | **OF INMATE FILING FEE** |
| Defendants. | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

Plaintiff Sergio Cortez Benitez, inmate #278848, who is confined in the Arizona State Prison Complex-Eyman, Meadows Unit, in Florence, Arizona, has been assessed the statutory filing fee of $350.00.00 for this action. See 28 U.S.C. § 1915(b)(1). An Order (Doc. 6) to collect the filing fee was previously issued to the Maricopa County Sheriff. Plaintiff, who has since been transferred to the custody of the Arizona Department of Corrections, still owes the Court $350.00. Therefore, the Director or his designee will be required to incrementally collect the $350.00 balance of the fee from Plaintiff's inmate trust account and forward payments to the Clerk of Court.

**IT IS ORDERED:**

(1)   The reference to the Magistrate Judge is withdrawn only with respect to the filing fee. All other matters in this action remain with the Magistrate Judge for disposition as appropriate.

1    (2)   The Director of the Arizona Department of Corrections or hia designee must
2 collect the $350.00 balance of the filing fee from Plaintiff's trust account in monthly
3 payments of 20% of the preceding month's income credited to Plaintiff's trust account.
4 Payment must be forwarded to the Clerk of Court each time the amount in the account
5 exceeds $10.00. The payments must be clearly identified by the name and number assigned
6 to this action.

7    (3)   The Director of the Arizona Department of Corrections or his designee must
8 notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
9 institution other than the Arizona Department of Corrections, so new billing arrangements
10 may be made to collect any outstanding balance.

11    (4)   The Clerk of Court must serve by mail a copy of this Order on the Director of
12 the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

13    (5)   The Clerk of Court must forward a copy of this Order to Financial
14 Administration for the Phoenix Division of the United States District Court.

15    DATED this 17th day of March, 2013.

_____
Robert C. Broomfield
Senior United States District Judge