WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio Cortez Benitez,<br><br>   Plaintiff,<br><br>  vs.<br><br>Joseph M. Arpaio, et al.,<br><br>   Defendants. | No.  CV 12-0560-PHX-RCB<br><br>**O R D E R** |

   Plaintiff filed this civil rights action pursuant to the Americans with Disabilities Act (ADA).  (Doc. 12.)  Defendant Maricopa County filed a Motion to Dismiss for failure to exhaust administrative remedies and for failure to state a claim.  (Doc. 27.)  The Court granted the Motion to Dismiss for failure to exhaust administrative remedies and terminated the action.  (Doc. 33.)  Plaintiff filed a Notice of Appeal.  (Doc. 35.)

   The United States Court of Appeals for the Ninth Circuit issued a Referral Notice to this Court for determination whether in forma pauperis status should be revoked because the appeal is frivolous or taken in bad faith.  (Doc. 37.)  Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  "Not taken in good faith" means "frivolous." *See Ellis v. United States*, 356 U.S. 674, 674-75 (1958); *Gardner v. Pogue*, 558 F.2d 548, 551 (9th Cir. 1977) (indigent appellant permitted to proceed IFP on appeal only if appeal would not be frivolous).  For a party who was permitted to proceed in forma pauperis in

1  the district court, if the district court determines that an appeal is not taken in good faith,
2  it must state the reasons for the finding.  Fed. R. App. P. 24(a)(3)(A).

3  As to the Motion to Dismiss and exhaustion of administrative remedies, the Court
4  noted that Plaintiff filed grievance #11-04275 on June 13, 2011, raising the issues of the
5  denial of the cane and the subsequent fall—the same issues raised in the Second
6  Amended Complaint.  (Doc. 33; ref. Doc. 27-2 at 3.)  This grievance was deemed
7  resolved.  The resolution, which Plaintiff signed on June 23, 2011, appears to state "will
8  get walker for [illegible].  Show them your extra items stip for a wheelchair for court.
9  Mr. Benites you had a CT & MRI done at the hospital emergency [illegible] your back
10  CT & x-ray were negative at the hospital."  (Doc. 27-2 at 3.)

11  The Court noted that the issue for purposes of the exhaustion of administrative
12  remedies was whether this resolution constituted a grant of relief or partial relief.  (Doc.
13  33 at 7, citing *Harvey v. Jordan*, 605 F.3d 681, 685 (9th Cir. 2010).)  The Court found on
14  the particular facts of the case that it did not because Plaintiff submitted a later grievance
15  on the same matter, which noted the prior resolution; Plaintiff then determined that the
16  matter was not resolved.  Plaintiff subsequently failed to pursue the issue through the
17  final grievance step.  (*Id.*)

18  The Court finds that the appeal is not frivolous or taken in bad faith.  *See* 28
19  U.S.C. § 1915(a)(3).

20  **IT IS ORDERED** that the Court declines to revoke Plaintiff's in forma pauperis
21  status for the appeal.

22  DATED this 21st day of October, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -